MAGISTRATE JUDGE BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR07-5299 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| BRYAN D. WHITE, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date in this matter be continued to August 6, 2007, at 9:00 a.m.  The resulting period of delay from June 18, 2007 to August 6, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 1st day of June, 2007.

*[signature]*
MONICA J. BENTON
United States Magistrate Judge

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1

2 Presented by:

3

4 /s/                                                              /s/

Miriam Schwartz                                Capt. Kenneth Tyndal
5 Attorney for Defendant                      Special Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                            2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**